DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MOISES SANCHEZ-GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:08-cr-00131 OWW |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE HEARING DATE; |
| v. ) | ORDER |
| ) | |
| MOISES SANCHEZ-GARCIA, ) | Date: August 11, 2008 |
| ) | Time: 9:00 A.M. |
| Defendant. ) | Judge: Hon. Oliver W. Wanger |
| ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that **the status conference hearing in the above-captioned matter now set for July 28, 2008, may be continued to August 11, 2008, at 9:00 A.M.**

This continuance is requested by counsel for the defendant to allow additional time for defense preparation and further investigation prior to hearing, and time for receipt of a plea offer from the government and for review with defendant prior to hearing. The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

```
                                              McGREGOR W. SCOTT
                                              United States Attorney


DATED:  July 24, 2008              By:    /s/  Ian Garriques
                                           IAN GARRIQUES
                                           Assistant United States Attorney
                                           Attorney for Plaintiff


                                              DANIEL J. BRODERICK
                                              Federal Public Defender


DATED:  July 24, 2008              By:    /s/  Francine Zepeda
                                           FRANCINE ZEPEDA
                                           Assistant Federal Defender
                                           Attorneys for Defendant
                                           MOISES SANCHEZ-GARCIA
```

## O R D E R

**IT IS SO ORDERED**.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   July 25, 2008**              /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference
Hearing; [Proposed] Order                        2